**Armour & Company, appellant, v. Swift & Company et al., appellees. Gen. No. 6,949.**

Petition by creditor claiming preference in fund in the hands of a garnishee. Petition denied and fund ordered paid pro rata. Appeal from the City Court of Aurora; the Hon. Edward M. Mangan, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

E. L. Lyon, for appellant; H. B. Bogg, Jr., of counsel. Fred B. Shearer, John M. Raymond, John K. Newhall and Charles F. Farmiloe, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

---

**E. L. Hardy, appellee, v. I. W. George, appellant. Gen. No. 6,959.**

Action on a promissory note. Plea of set-off filed by defendant. Demurrer to plea sustained and judgment for plaintiff. Appeal from the Circuit Court of DeKalb county; the Hon. C. F. Irwin, Judge, presiding. Heard in this court at the April term, 1921. Reversed with finding of fact. Opinion filed November 2, 1921.

Charles F. Preston and Lowell B. Smith, for appellant. C. D. Rogers and F. E. Brower, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

**Andrew McLeish et al., trading as McLeish, Baxter & Flanders, appellants, v. Clara A. Fitzgerald et al., appellees. Gen. No. 6,965.**

Suit to recover commission on sale of real estate. Judgment for defendants on first trial reversed and remanded (218 Ill. App. 658 abst.). Judgment for defendants on second trial. Appeal from the County Court of Winnebago county; the Hon. William C. De-Wolf, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed November 2, 1921.

Frank M. Ryan, for appellants. Knight & Mohr, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

---

## FIRST DISTRICT.

---

**John P. Mayer, plaintiff in error, v. Samuel A. Stern, defendant in error. Gen. No. 25,875.**

Action for malicious prosecution. Judgment for defendant on a directed verdict. Error to the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 7, 1921. Rehearing denied November 21, 1921.

Delavan B. Cole and Charles P. R. Macaulay, for plaintiff in error. Allen, Ward & Myers, for defendant in error.

Mr. Presiding Justice Dever delivered the opinion of the court,